Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▾

San Francisco Division

CV 18        28551

Case No.

*(to be filled in by the Clerk's Office)*

Damon Spikener

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Noble Food Group Inc

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED

MAY 15 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Damon S. Spikener |
| Street Address | 1051 Goettingen Street |
| City and County | San Francisco, San Francisco County |
| State and Zip Code | California, 94134 |
| Telephone Number | (415) 571-7348 |
| E-mail Address | damonsherwood@yahoo.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Noble Food Group Inc |
| Job or Title *(if known)* | Former Employer |
| Street Address | 2677 WILLAKENZIE RD., STE 6 |
| City and County | EUGENE, LANE COUNTY |
| State and Zip Code | OREGON, 97401 |
| Telephone Number | (541) 505-7478 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Domiono's Pizza |
| Street Address | 876 Geary Street |
| City and County | San Francisco, San Francisco County |
| State and Zip Code | California, 94109 |
| Telephone Number | (415) 776-0400 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Other federal law *(specify the federal law)*:

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

See protest letter & recordings taken on or about 5/25/16 at 1:37 PM at 876 Geary Street, SF, CA 94109.

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race      African American
- ☐ color     _____
- ☐ gender/sex  _____
- ☐ religion   _____
- ☐ national origin  _____
- ☐ age *(year of birth)* _____  *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

The facts of my case is attached.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/19/17

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   05/16/2017   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Federal Court Jurisdiction.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05/14/2018

Signature of Plaintiff        _Damon S. Spikener_

Printed Name of Plaintiff        Damon S. Spikener

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Exhibit 1

Damon Spikener
1051 Goetingen
San Francisco, CA 94134

6/7/2016

Human Resources Dept.
NFG San Francisco LLC
c/-Domino's
876 Geary St,
San Francisco, CA, 94109

Attention: Terry

Dear Terry:

I am a 24-year-old man who has worked for NFG San Francisco, LLC, as an Insider/Customer Service Representative since April. I have a great track record for maximum attendance and for working quickly and efficiently. Yet, I feel I have been treated unfairly because I am a devout African American with disabilities.

I told my former supervisor, Mohammad, about my restrictions: no lifting of 10-15 lbs, no repetitive use of right upper extremities, and no forceful gripping with my right hand. (See attached AME report.) I also asked Mohamed not to schedule me to work on Sundays because, as a devout Christian, I need to attend church. Mohamed ignored my requests for reasonable accommodation for my disabilities and religion, and instead assigned me unfavorable schedules and tasks. Unlike me, other co-workers are not being required to work on Sundays, to work such long hours, or to fetch heavy trays of dough from downstairs.

Also, co-worker Hazem Mohamed called all of us African-Americans "uneducated" and calls me by the "N" word every day. General Manager Mohamed would hear Hazem use the "N" word, and told him to "watch his mouth," but did nothing else to stop this racial harassment. After Manager Mohamed was fired, Manager Jorge complained to Area Supervisor Ben and I complained to Manager Manoj about Hazem's ongoing racial slurs. These complaints have apparently fallen on deaf ears.

Also, I was still being forced to work long hours outside my restrictions and on Sundays. As a result, I have reinjured myself. (See attached DWC Form 1.) I was released to work on June 1 and my current restrictions will still allow me to take customer's orders, work the cash register, and poke the bubbles out of the dough. (See attached doctor's note.)

After I submitted my DWC Form 1, Ben told me that he wanted to arrange a conference call with you and me. When you telephoned me at 6:17 p.m. yesterday, I was in a public place. I asked you to phone back at 6:30 p.m. so I could make it home where I could talk privately. When you phoned back instead at 8:40 p.m., I was unavailable to take the call. Consequently, I am writing this letter to you.

When I joined this company, I was assured of equal opportunity, but so far, this assurance has not been fulfilled. I believe NFG San Francisco LLC has failed to exercise reasonable diligence to provide me with a workplace free from discrimination, retaliation, and harassment, including failing to reasonably accommodate my disabilities and religion. I am asking to be returned to work as soon as possible with reasonable accommodation for my disabilities and my religion. I am also asking for Hazem's harassment to be stopped. If these problems persist, I will be forced to take further action because I've already suffered too much harm.

I hope this matter is resolved soon to the satisfaction of all parties.

Sincere Regards,
Damon Spikener,
Insider/Customer Service Representative

3 attachments: AME report, DWC Form 1, current Doctor's note.

Exhibit 2

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

May 16, 2017

Damon Spikener
1051 Goettingen St
SF, California 94134

RE: **Notice of Case Closure and Right to Sue**
DFEH Matter Number: 240579-291131
Right to Sue: Spikener / NFG SAN FRANCISCO LLC

Dear Damon Spikener,

This letter informs you that the above-referenced complaint was filed with the
Department of Fair Employment and Housing (DFEH) has been closed effective May
16, 2017 because an immediate Right to Sue notice was requested. DFEH will take no
further action on the complaint.

This letter is also your Right to Sue notice. According to Government Code section
12965, subdivision (b), a civil action may be brought under the provisions of the Fair
Employment and Housing Act against the person, employer, labor organization or
employment agency named in the above-referenced complaint. The civil action must be
filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must visit the U.S. Equal Employment
Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this
DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act,
whichever is earlier.

Sincerely,


Department of Fair Employment and Housing

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

**BEFORE THE STATE OF CALIFORNIA**

**DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

In the Matter of the Complaint of                    DFEH No. 240579-291131
Damon Spikener, Complainant.
1051 Goettingen St
SF, California 94134

vs.

NFG SAN FRANCISCO LLC, Respondent.
2677 WILLAKENZIE RD., STE 6
EUGENE, Oregon 97401

Complainant alleges:

1. Respondent **NFG SAN FRANCISCO LLC** is a **Private Employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.). Complainant believes respondent is subject to the FEHA.

2. On or around **May 16, 2017**, complainant alleges that respondent took the following adverse actions against complainant: **Discrimination, Harassment, Retaliation Denied a good faith interactive process, Denied a work environment free of discrimination and/or retaliation,** .  Complainant believes respondent committed these actions because of their: **Disability, Race** .

3. Complainant **Damon Spikener** resides in the City of **SF**, State of **California**.  If complaint includes co-respondents please see below.

*Complaint ± DFEH No. 240579-291131*

FEH 902-1

Date Filed: May 16, 2017

1

2

**Additional Complaint Details:**

3

4

I am a 25-year-old man who has worked for NFG San Francisco, LLC, as
an Insider/Customer Service Representative at the Domino`s facility located at 876 Geary

5

St, San Francisco, CA since on or about April 25, 2016. I have a great track record for
maximum attendance and for working quickly and efficiently. Yet, I feel I have been
treated unfairly because I am a devout African-American with disabilities.

6

7

I have been diagnosed with lumbar spine herniation of nucleus pulposus, lumbago with

8

low back muscular spasm, lumbar radiculopathy, and bilateral forearm and wrist pain from

9

tendon inflammation or de Quervain`s tenosynovitis.

10

I told my former supervisor, Mohamed, about my permanent restrictions imposed by the

11

AME: no lifting of 10-15 lbs, no repetitive use of right upper extremities, and no forceful
gripping with my right hand. (I can mail you my AME report.) I also asked Mohamed not

12

to schedule me to work on Sundays because, as a devout Christian, I need to attend
church. Mohamed ignored my requests for reasonable accommodation for my disabilities

13

14

and religion, and instead assigned me unfavorable schedules and tasks. Unlike me, other

15

co-workers were not being required to work on Sundays, to work such long hours, or to
fetch heavy trays of dough from downstairs.

16

17

Also, co-worker Hazeem Mohammed called all of us African-Americans uneducated and
called me by the N-word every day. General Manager Mohamed would hear Hazem use

18

the N word, and told Hazem to watch his mouth, but did nothing else to stop this racial
harassment. After Manager Mohamed was fired, Manager Jorge complained to Area

19

Supervisor Ben and I complained to Manager Manoj about Hazem`s ongoing racial slurs.

20

No action was apparently taken. Hazem was eventually fired for an altercation he had with

21

another worker.

22

Also, I was still being forced to work long hours outside my restrictions and on Sundays.
As a result, I have reinjured myself. (I can mail you my DWC Form 1 and QME report.) I
was released to work on June 1, 2016, and my current restrictions will still allow me to take

customers orders, work the cash register, and poke the bubbles out of the dough. (I can
mail you my doctor`s note.)
On or about June 7, 2016, I wrote a letter to Human Resources (Terry) protesting about

*Complaint ±DFEH No. 240579-291131*

FEH 902-1

Date Filed: May 16, 2017

unfair treatment described above.

On or about August 1, 2016, I met Terry and Taylor (my new boss) and discussed the issues I had raised in my protest letter and an issue with my timecards. They talked about
putting me back on the schedule, but no one from NFG has contacted me about returning
to work since then. My current restrictions are: no lifting greater than 10lbs, occasional squatting, no kneeling, no climbing, no repetitive bending and twisting, no repetitive hand
motions.

When I joined NGF, I was assured of equal opportunity, but so far, this assurance has not
been fulfilled. I believe NFG San Francisco LLC has failed to exercise reasonable diligence to provide me with a workplace free from discrimination, retaliation, and harassment, including failing to reasonably accommodate my disabilities and religion. I am asking to be returned to work as soon as possible with reasonable accommodation for
my disabilities and my religion, and being compensated for my lost wages and emotional
distress.

Damon Spikener

*Complaint ± DFEH No. 240579-291131*

Date Filed: May 16, 2017

FEH 802-1

Exhibit 3

CO. FILE DEPT. CLOCK NUMBER
PQ4 006386 007764 0000062053 1

023-0001

NFG SAN FRANCISCO LLC
134 N LA SALLE ST STE 700
CHICAGO, IL 60602-1004

## Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 04/25/2016 |
| Period Ending: | 05/08/2016 |
| Pay Date: | 05/13/2016 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 0

DAMON SPIKENER
1051 GOETTINGEN ST
SAN FRANCISCO CA 94134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 21.00 | 257.25 | 257.25 |
| Gross Pay | | | $257.25 | 257.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.07 | 17.07 |
| | Social Security Tax | -15.95 | 15.95 |
| | Medicare Tax | -3.73 | 3.73 |
| | CA SUI/SDI Tax | -2.32 | 2.32 |
| | Net Pay | $218.18 | |
| | Net Check | $218.18 | |

Your federal taxable wages this period are $257.25

© 2005 ADP, LLC

1-1/710

NFG SAN FRANCISCO LLC
134 N LA SALLE ST STE 700
CHICAGO, IL 60602-1004

Payroll check number: 0000062053
Pay date: 05/13/2016

Pay to the
order of: **DAMON SPIKENER**

This amount: TWO HUNDRED EIGHTEEN AND 18/100 DOLLARS     $218.18

J P MORGAN CHASE BANK, N.A.

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

⑈0006205⑊⑆ ⑆07⑊0000⑊3⑈ 729778⑊39⑈

Exhibit 4

CO. FILE DEPT. CLOCK NUMBER
PQ4 006386 007764 0000062256 1

024-0001

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD., STE 6
EUGENE, OR 97401
COMPANY PH#: 541-505-7478

**Earnings Statement**

**ADP**

Period Beginning: 05/09/2016
Period Ending: 05/22/2016
Pay Date: 05/27/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 0

DAMON SPIKENER
1051 GOETTINGEN ST
SAN FRANCISCO CA 94134

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.2500 | 67.16 | 822.71 | 1,079.96 |
| Overtime | 18.3750 | 4.18 | 76.81 | 76.81 |
| Gross Pay | | | $899.52 | 1,156.77 |

| Deductions | Statutory | | |
|------------|-----------|-----|-------|
| | Federal Income Tax | -104.12 | 121.19 |
| | Social Security Tax | -55.77 | 71.72 |
| | Medicare Tax | -13.04 | 16.77 |
| | CA State Income Tax | -13.66 | 13.66 |
| | CA SUI/SDI Tax | -8.09 | 10.41 |
| | Net Pay | $704.84 | |
| | Net Check | $704.84 | |

Your federal taxable wages this period are $899.52.

Diva ADP LLC

1-1/710

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD., STE 6
EUGENE, OR 97401
COMPANY PH#: 541-505-7478

Payroll check number: 0000062256
Pay date: 05/27/2016

Pay to the
order of:    DAMON SPIKENER

This amount:   SEVEN HUNDRED FOUR AND 84/100 DOLLARS          $704.84

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

J P MORGAN CHASE BANK, N.A.

⑈0006 2256⑈ ⑇0 7⑈0000⑈3⑈ 7 29778⑈39⑈

CO. PQ4  FILE 006386  DEPT. 007764  CLOCK  NUMBER 0000062463  1

024-0002

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE  RD., STE 6
EUGENE,  OR 97401
COMPANY PH#: 541-505-7478

# Earnings  Statement

**ADP**

Period Beginning:  05/23/2016
Period Ending:  06/05/2016
Pay Date:  06/10/2016

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:  0
CA:  0

DAMON  SPIKENER
1051  GOETTINGEN  ST
SAN  FRANCISCO  CA  94134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 19.49 | 238.75 | 1,318.71 |
| Overtime | 18.3750 | .14 | 2.57 | 79.38 |
| Gross Pay | | | $241.32 | 1,398.09 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -15.48 | 136.67 |
| | Social Security Tax | -14.96 | 86.68 |
| | Medicare Tax | -3.50 | 20.27 |
| | CA SUI/SDI Tax | -2.17 | 12.58 |
| | CA State Income Tax | | 13.66 |
| | Net Pay | $205.21 | |
| | Net Check | $205.21 | |

Your federal taxable wages this period are $241.32

1-1/710

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD., STE 6
EUGENE, OR 97401
COMPANY PH#: 541-505-7478

Payroll check number:  0000062463
Pay date:  06/10/2016

Pay to the order of:  **DAMON  SPIKENER**

This amount:  TWO HUNDRED FIVE AND 21/100 DOLLARS    $205.21

J P MORGAN CHASE BANK, N.A.

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

⑆00062463⑈ ⑆071000013⑈    729778139⑈

CO. FILE DEPT. CLOCK NUMBER
PG4 006386 007764      0000063097 1

025-0002

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD., STE 6
EUGENE, OR 97401
COMPANY PH#: 541-505-7478

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:    0
    CA:         0

## Earnings   Statement

Period Beginning:      07/04/2016
Period Ending:         07/17/2016
Pay Date:              07/22/2016

DAMON  SPIKENER
1051   GOETTINGEN  ST
SAN  FRANCISCO  CA  94134

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 13.0000 | 66.05 | 858.65 | 2,177.36 |
| Overtime | 19.5000 | 9.72 | 189.54 | 268.92 |
| Gross Pay | | | $1,048.19 | 2,446.28 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 12.2500 TO 13.0000.

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -126.42 | 263.09 |
| | Social Security Tax | -64.99 | 151.67 |
| | Medicare Tax | -15.20 | 35.47 |
| | CA State Income Tax | -20.20 | 33.86 |
| | CA SUI/SDI Tax | -9.44 | 22.02 |
| | **Other** | | |
| | TaxIvy | -202.99 | 202.99 |
| | **Net Pay** | | $608.95 |
| | **Net Check** | | $608.95 |

Your federal taxable wages this period are
$1,048.19

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD., STE 6
EUGENE, OR 97401
COMPANY PH#: 541-505-7478

Payroll check number:  0000063097
Pay date:              07/22/2016

1-1/710

| Pay to the order of: | DAMON  SPIKENER | |
|---|---|---|
| This amount: | SIX  HUNDRED  EIGHT  AND  95/100  DOLLARS | $608.95 |

VOID  NON-NEGOTIABLE    VOID  NON-NEGOTIABLE

J P MORGAN CHASE BANK, N.A.

⑈0006309⑈  ⑆071000013⑈   729778139⑈

Exhibit 7

CO. FILE DEPT. CLOCK NUMBER
PQ4 005386 007764      0000063295 1

022-0002

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD. STE 6
EUGENE, OR 97401
COMPANY PH#: 541-505-7478

## Earnings   Statement

**ADP**

Period Beginning:   07/18/2016
Period Ending:      07/31/2016
Pay Date:           08/05/2016

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:   0
CA:        0

DAMON  SPIKENER
1051  GOETTINGEN  ST
SAN  FRANCISCO  CA  94134

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 14.48 | 188.24 | 2,365.60 |
| Overtime | | | | 268.92 |
| Gross Pay | | | $188.24 | 2,634.52 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Sick Balance | | 0.48 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -10.17 | 273.26 |
| | Social Security Tax | -11.67 | 163.94 |
| | Medicare Tax | -2.73 | 38.20 |
| | CA SUI/SDI Tax | -1.69 | 23.71 |
| | CA State Income Tax | | 33.86 |
| | **Other** | | |
| | Taxlvy | | 202.99 |
| | Net Pay | $161.98 | |
| | Net Check | $161.98 | |

Your federal taxable wages this period are $188.24

U/60 ADP, LLC

1-1/710

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD. , STE 6
EUGENE , OR 97401
COMPANY PH#: 541-505-7478

Payroll check number:   0000063295
Pay date:               08/05/2016

Pay to the
order of:      DAMON  SPIKENER

This amount:   ONE HUNDRED SIXTY ONE AND 98/100 DOLLARS          $161.98

J P MORGAN CHASE BANK, N.A.

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

⑈000632⑃5⑈ ⑆071000013⑆ 729778139⑈

CO. FILE DEPT. CLOCK NUMBER
PQ4 006386 007764 0000063490 1

022-0002

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD., STE 6
EUGENE, OR 97401
COMPANY PH#: 541-505-7478

**Earnings Statement**

Period Beginning: 08/01/2016
Period Ending: 08/14/2016
Pay Date: 08/19/2016

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CA: 0

DAMON SPIKENER
1051 GOETTINGEN ST
SAN FRANCISCO CA 94134

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 2.15 | 27.95 | 2,393.55 |
| Overtime | | | | 268.92 |
| Gross Pay | | | $27.95 | 2,662.47 |

| Other Benefits and Information | this period | total to date |
|---------------------------------|-------------|---------------|
| Sick Balance | | 0.55 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -1.73 | 165.07 |
| | Medicare Tax | -0.41 | 38.61 |
| | CA SUI/SDI Tax | -0.25 | 23.96 |
| | Federal Income Tax | | 273.26 |
| | CA State Income Tax | | 33.86 |
| | **Other** | | |
| | Taxlvy | | 202.99 |
| | Net Pay | | $25.56 |
| | Net Check | | $25.56 |

Your federal taxable wages this period are $27.95

© 2010 ADP, LLC

1-1/710

NFG SAN FRANCISCO LLC
2677 WILLAKENZIE RD., STE 6
EUGENE, OR 97401
COMPANY PH#: 541-505-7478

Payroll check number: 0000063490
Pay date: 08/19/2016

Pay to the
order of:  DAMON SPIKENER

This amount:  TWENTY FIVE AND 56/100 DOLLARS          $25.56

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

J.P MORGAN CHASE BANK, N.A.

⑈00063490⑈ ⑆071000013⑆ 729778139⑈

Exhibit 9

**Payroll Summary**

# Payroll Detail

Begin Date: 4/27/2016

End Date: 8/31/2016

| Store No. | Team Member Name | Date | Time In | Time Out | Reg Hours | 1.50 Hours | 2.00 Hours | Pay Rate | Bonus Pay | Total Pay | Total Tips | Total Mileage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7764 | Spikener, Damon | 5/2/2016 | 5:03 PM | 7:24 PM | 2.36 | 0.00 | 0.00 | $12.25 | $0.00 | $28.91 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/2/2016 | 7:55 PM | 10:54 PM | 2.98 | 0.00 | 0.00 | $12.25 | $0.00 | $36.51 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/3/2016 | 5:01 PM | 6:09 PM | 1.13 | 0.00 | 0.00 | $12.25 | $0.00 | $13.84 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/3/2016 | 6:41 PM | 10:51 PM | 4.16 | 0.00 | 0.00 | $12.25 | $0.00 | $50.96 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/4/2016 | 12:58 PM | 3:24 PM | 2.43 | 0.00 | 0.00 | $12.25 | $0.00 | $29.77 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/4/2016 | 3:56 PM | 6:29 PM | 2.55 | 0.00 | 0.00 | $12.25 | $0.00 | $31.24 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/7/2016 | 5:00 PM | 6:12 PM | 1.20 | 0.00 | 0.00 | $12.25 | $0.00 | $14.70 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/7/2016 | 6:56 PM | 11:07 PM | 4.19 | 0.00 | 0.00 | $12.25 | $0.00 | $51.33 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/10/2016 | 6:10 PM | 10:36 PM | 4.42 | 0.00 | 0.00 | $12.25 | $0.00 | $54.15 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/10/2016 | 11:15 PM | 11:51 PM | 0.60 | 0.00 | 0.00 | $12.25 | $0.00 | $7.35 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/12/2016 | 5:20 PM | 7:28 PM | 2.13 | 0.00 | 0.00 | $12.25 | $0.00 | $26.09 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/12/2016 | 7:59 PM | 10:05 PM | 2.09 | 0.00 | 0.00 | $12.25 | $0.00 | $25.60 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/13/2016 | 4:00 PM | 6:35 PM | 2.58 | 0.00 | 0.00 | $12.25 | $0.00 | $31.61 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/13/2016 | 7:07 PM | 9:00 PM | 1.89 | 0.00 | 0.00 | $12.25 | $0.00 | $23.15 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/14/2016 | 3:03 PM | 4:53 PM | 1.82 | 0.00 | 0.00 | $12.25 | $0.00 | $22.30 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/14/2016 | 5:24 PM | 10:02 PM | 4.63 | 0.00 | 0.00 | $12.25 | $0.00 | $56.72 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/14/2016 | 10:32 PM | 1:40 AM | 1.55 | 1.58 | 0.00 | $12.25 | $0.00 | $48.02 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/15/2016 | 2:01 PM | 4:12 PM | 2.19 | 0.00 | 0.00 | $12.25 | $0.00 | $26.83 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/15/2016 | 4:31 PM | 7:30 PM | 2.98 | 0.00 | 0.00 | $12.25 | $0.00 | $36.51 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/15/2016 | 8:02 PM | 10:29 PM | 2.46 | 0.00 | 0.00 | $12.25 | $0.00 | $30.14 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/17/2016 | 10:04 AM | 7:00 PM | 8.00 | 0.94 | 0.00 | $12.25 | $0.00 | $115.27 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/18/2016 | 9:31 AM | 5:52 PM | 8.00 | 0.35 | 0.00 | $12.25 | $0.00 | $104.43 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/18/2016 | 6:17 PM | 7:02 PM | 0.00 | 0.75 | 0.00 | $12.25 | $0.00 | $13.78 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/20/2016 | 4:39 PM | 10:28 PM | 5.82 | 0.00 | 0.00 | $12.25 | $0.00 | $71.30 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/21/2016 | 12:39 PM | 9:04 PM | 8.00 | 0.41 | 0.00 | $12.25 | $0.00 | $105.53 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/22/2016 | 2:21 PM | 10:30 PM | 8.00 | 0.15 | 0.00 | $12.25 | $0.00 | $100.76 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/25/2016 | 10:21 AM | 4:54 PM | 6.56 | 0.00 | 0.00 | $12.25 | $0.00 | $80.36 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/25/2016 | 4:56 PM | 4:56 PM | 0.00 | 0.00 | 0.00 | $12.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/27/2016 | 4:01 PM | 6:02 PM | 2.02 | 0.00 | 0.00 | $12.25 | $0.00 | $24.75 | $0.00 | $0.00 |

Report Generated by Virtual Supervisor created by Shawn R. Brunelle

**Payroll Summary**

# Payroll Detail

Begin Date: 4/27/2016

End Date: 8/31/2016

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7764 | Spikener, Damon | 5/27/2016 | 6:38 PM | 9:33 PM | 2.91 | 0.00 | 0.00 | $12.25 | $0.00 | $35.65 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 5/28/2016 | 9:04 AM | 5:13 PM | 8.00 | 0.14 | 0.00 | $12.25 | $0.00 | $100.57 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/6/2016 | 6:35 PM | 11:53 PM | 5.30 | 0.00 | 0.00 | $13.00 | $0.00 | $68.90 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/7/2016 | 6:04 PM | 9:40 PM | 3.60 | 0.00 | 0.00 | $13.00 | $0.00 | $46.80 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/7/2016 | 10:01 PM | 11:03 PM | 1.03 | 0.00 | 0.00 | $13.00 | $0.00 | $13.39 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/8/2016 | 6:01 PM | 11:30 PM | 5.48 | 0.00 | 0.00 | $13.00 | $0.00 | $71.24 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/9/2016 | 6:01 PM | 1:02 AM | 7.02 | 0.00 | 0.00 | $13.00 | $0.00 | $91.26 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/10/2016 | 6:10 PM | 1:08 AM | 6.97 | 0.00 | 0.00 | $13.00 | $0.00 | $90.61 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/11/2016 | 6:09 PM | 12:48 AM | 6.65 | 0.00 | 0.00 | $13.00 | $0.00 | $86.45 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/12/2016 | 4:29 PM | 11:01 PM | 6.52 | 0.00 | 0.00 | $13.00 | $0.00 | $84.76 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/13/2016 | 4:31 PM | 1:02 AM | 8.00 | 0.52 | 0.00 | $13.00 | $0.00 | $114.14 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/14/2016 | 4:36 PM | 12:05 AM | 7.48 | 0.00 | 0.00 | $13.00 | $0.00 | $97.24 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/16/2016 | 1:56 PM | 11:05 PM | 8.00 | 1.15 | 0.00 | $13.00 | $0.00 | $126.43 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/17/2016 | 3:00 PM | 11:03 PM | 0.00 | 8.05 | 0.00 | $13.00 | $0.00 | $156.98 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/18/2016 | 2:44 PM | 3:45 PM | 1.02 | 0.00 | 0.00 | $13.00 | $0.00 | $13.26 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/18/2016 | 4:20 PM | 8:15 PM | 3.93 | 0.00 | 0.00 | $13.00 | $0.00 | $51.09 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/19/2016 | 1:03 PM | 5:07 PM | 4.05 | 0.00 | 0.00 | $13.00 | $0.00 | $52.65 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 7/19/2016 | 5:31 PM | 7:30 PM | 1.98 | 0.00 | 0.00 | $13.00 | $0.00 | $25.74 | $0.00 | $0.00 |
| 7764 | Spikener, Damon | 8/5/2016 | 6:06 PM | 8:15 PM | 2.15 | 0.00 | 0.00 | $13.00 | $0.00 | $27.95 | $0.00 | $0.00 |
| | | | | | 186.83 | 14.04 | 0.00 | | $0.00 | $2,616.97 | $0.00 | $0.00 |

Report Generated by Virtual Supervisor created by Shawn R. Brunelle

7/26/2017

I, DAMON SPIKENER, FORMALLY RESIGN FROM MY

JOB AT NOBLE FOODS / DOMINO'S PIZZA

EFFECTIVE IMMEDIATLEY

X Damon Spiken

JS-CAND 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Damon Spikener | Noble Food Group Inc |

**(b)** County of Residence of First Listed Plaintiff   San Francisco
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

C 18-2855 LB

---

## II.   BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1  U.S. Government Plaintiff

3  Federal Question
*(U.S. Government Not a Party)*

2  U.S. Government Defendant   ✕ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III.   CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✕ 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | ✕ 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

---

## IV.   NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | **LABOR** | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 710 Fair Labor Standards Act | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 720 Labor/Management Relations | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | 740 Railway Labor Act | 840 Trademark | 460 Deportation |
| | 350 Motor Vehicle | 370 Other Fraud | 751 Family and Medical Leave Act | **SOCIAL SECURITY** | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 790 Other Labor Litigation | 861 HIA (1395ff) | 480 Consumer Credit |
| of Veteran's Benefits | 360 Other Personal Injury | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 862 Black Lung (923) | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 362 Personal Injury -Medical Malpractice | 385 Property Damage Product Liability | **IMMIGRATION** | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | | | 462 Naturalization Application | 864 SSID Title XVI | 890 Other Statutory Actions |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 465 Other Immigration Actions | 865 RSI (405(g)) | 891 Agricultural Acts |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| | 441 Voting | 463 Alien Detainee | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| **REAL PROPERTY** | ✕ 442 Employment | 510 Motions to Vacate Sentence | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 210 Land Condemnation | 443 Housing/ Accommodations | 530 General | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 220 Foreclosure | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 950 Constitutionality of State Statutes |
| 230 Rent Lease & Ejectment | 446 Amer. w/Disabilities–Other | **OTHER** | | | |
| 240 Torts to Land | 448 Education | 540 Mandamus & Other | | | |
| 245 Tort Product Liability | | 550 Civil Rights | | | |
| 290 All Other Real Property | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

---

## V.   ORIGIN *(Place an "X" in One Box Only)*

✕ 1  Original Proceeding

2  Removed from State Court

3  Remanded from Appellate Court

4  Reinstated or Reopened

5  Transferred from Another District *(specify)*

6  Multidistrict Litigation–Transfer

8  Multidistrict Litigation–Direct File

---

## VI.   CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Cal. Gov. Code 12940(a), Cal Gov. Code 12940(h), Cal. Gov. Code 12940(j), Cal. Gov. Code 12940(k).
Brief description of cause:
Racial Discrimination, Harassment, Retaliation.

---

## VII.   REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ✕ Yes   No

---

## VIII.   RELATED CASE(S), IF ANY *(See instructions)*

JUDGE

DOCKET NUMBER

---

## IX.   DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)

(Place an "X" in One Box Only)    ✕ SAN FRANCISCO/OAKLAND    SAN JOSE    EUREKA-MCKINLEYVILLE

---

**DATE**  05/15/2018

**SIGNATURE OF ATTORNEY OF RECORD**